**William Conrad WHITE,
Plaintiff-Appellant,**

v.

**POLK COUNTY ATTORNEY'S
OFFICE; State of Iowa,
Defendants-Appellees.**

**No. 16-2176**

United States Court of Appeals,
Eighth Circuit.

Submitted: November 15, 2016

Filed: November 28, 2016

William Conrad White, Pro Se

John Barry McCormally, Assistant Attorney General, Iowa Department of Justice, Des Moines, IA, for Defendants-Appellees

Before MURPHY, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

William White appeals after the district court[1] dismissed his action seeking a ruling that his 1985 state-court conviction was void. In the district court, he sought a writ of coram nobis, pursuant to the All Writs Act, 28 U.S.C. § 1651.

---

1. The Honorable Robert W. Pratt, United States District Judge for the Southern District of Iowa.

Upon careful de novo review, *see Adams v. American Family Mut. Ins. Co.,* 813 F.3d 1151, 1154 (8th Cir. 2016), we conclude that the dismissal was proper. Because White was challenging a state-court judgment, the district court lacked jurisdiction to grant a writ of coram nobis. *See Finkelstein v. Spitzer,* 455 F.3d 131, 133–34 (2d Cir. 2006) (per curiam). In addition, White could not invoke section 1651 as an independent source of jurisdiction. *See Ark. Blue Cross and Blue Shield v. Little Rock Cardiology Clinic, P.A.,* 551 F.3d 812, 820–21 (8th Cir. 2009). Accordingly, we affirm. *See* 8th Cir. R. 47B.